# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FRANK C. SOLIS, JR.**                                              **PLAINTIFF**

**V.**                 **CASE NO. 4:19-CV-38-SWW-BD**

**SHERRY WALLACE, et al.**                                      **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Solis has not filed an objection. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Solis's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim for relief. The Court certifies that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 1st day of March, 2019.

                                                      /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE