# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FRANK C. SOLIS, JR.**                                                                     **PLAINTIFF**

**V.**                    **CASE NO. 4:19-CV-38-SWW-BD**

**SHERRY WALLACE, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1ˢᵗ day of March, 2019.

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE